August 28, 2014.



# JUDGMENT

# The Fourteenth Court of Appeals

FERNANDO CHAPA, Appellant

NO. 14-13-00903-CV                                    V.

LONE STAR DISPOSAL, L.P., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Lone Star Disposal, L.P., signed May 21, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Fernando Chapa to pay all costs incurred in this appeal. We further order this decision certified below for observance.